UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RENE ROSILES, | No. 2:17-cv-02600-KJM-GGH |
| Petitioner, | |
| v. | ORDER TO SHOW CASE |
| C. PFEIFFER, Warden, | |
| Respondent. | |

Petitioner is proceeding in pro se and informa pauperis in this habeas action. On December 18, 2017 this court issued an Order directing respondent to file a response within sixty (60) days from the date of the Order, ECF No. 3 at 2:3-6, and further directing that if the response was a Motion to Dismiss *petitioner* was to file an Opposition or Statement of Non-Opposition within thirty (30) days after the Motion was served. Id. at 9-12. Petitioner's pleading was, therefore, due for filing on or about January 20, 2018. Petitioner has submitted neither.

In light of the foregoing IT IS HEREBY ORDERED that:

1. Petitioner shall show cause within thirty (30) days of this Order why his failure to file his Opposition or a Statement of Non-Opposition as ordered should not be deemed a waiver of any opposition to the granting of the motion **or** he shall file an opposition.

///

///

///

1

2. Petitioner is cautioned that failure to respond timely to this Order to Show cause will lead to a recommendation that his petition shall be dismissed with prejudice;

IT IS SO ORDERED.

Dated: April 23, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE