UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RENE ROSILES,<br><br>    Petitioner,<br><br>v.<br><br>C. PFEIFFER, Warden<br><br>    Respondent. | No. 2:17-cv-02600 KJM-GGH<br><br><br><br>ORDER |

On April 23, 2018 this court issued an Order to Show Cause regarding petitioner's failure to file opposition or statement of non-opposition to respondent's motion to dismiss in conformity with Eastern District of California Local Rule 230(c). ECF No. 15. On May 21, 2018 petitioner satisfactorily responded to the Order and filed his Opposition memorandum. ECF No. 19.

In light of the foregoing IT IS HEREBY ORDERED that:

    The court's Order to Show Cause, ECF 15, is resolved.

Dated: May 25, 2018

                                        /s/ Gregory G. Hollows
                             UNITED STATES MAGISTRATE JUDGE