1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FRANK RENE ROSILES,                          No. 2:17-cv-2600 KJM GGH P

12                  Petitioner,

13        v.                                       ORDER

14   C. PFEIFFER,

15                  Respondent.

16

17   _____

18        While it is understandable that petitioner, proceeding pro se, filed evidence in a reply

19   brief, having been advised by respondent that he had no evidence justifying equitable tolling, it is

20   unfair to respondent not to have a chance to respond to such evidence.  Therefore, respondent has

21   fourteen days in which to respond to the evidence submission.  No further briefing is authorized

22   unless and until a court order issues requesting such.

23   Dated: March 7, 2019

24                                          /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                                1