UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RENE ROSILES,<br><br>    Petitioner,<br><br>    v.<br><br>C. PFEIFFER,<br><br>    Respondent. | No. 2:17-cv-02600 KJM GGH P<br><br><br>ORDER |

Petitioner has filed a motion for extension of time to file a reply to respondent's reply (ECF No. 39) and notice of lodging documents (ECF No. 40). ECF No. 41. Neither the Federal Rules of Civil Procedure nor the Local Rules provide the right to file a surreply. However, "the Court may in its discretion allow the filing of a surreply, this discretion should be exercised in favor of allowing a surreply only where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief." Hill v. England, No. CVF05869RECTAG, 2005 WL 3031136, at *1 (E.D. Cal. Nov. 8, 2005). Due the lodging of new documents by respondent relating to petitioner's mental capacities, the court will construe petitioner's request for an extension of time to file a surreply (ECF No. 41) as a request to file a surreply.

////

////

1

Accordingly, IT IS HEREBY ORDERED that petitioner shall file his surreply within 30 days from the date of this order.

Dated: June 17, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE