UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RENE ROSILES,<br><br>              Petitioner,<br><br>   v.<br><br>C. PFEIFFER,<br><br>              Respondent. | No. 2:17-cv-02600 KJM GGH P<br><br><br>ORDER |

      Petitioner has filed a request to proceed in forma pauperis on appeal. ECF No. 55. Good cause appearing, IT IS HEREBY ORDERED that petitioner is granted in forma pauperis status.

Dated: March 3, 2020

                                      /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE